

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SPN
F. #2014R00190

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 6, 2018

<u>By ECF</u>

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:   <u>United States v. Traffic Sports USA, Inc., et al.</u>
             <u>Criminal Docket No. 14-609 (PKC)</u>

Dear Judge Chen:

      The government respectfully requests that the sentencing control date for corporate defendants Traffic Sports USA, Inc., and Traffic Sports International, Inc., currently set for December 13, 2018, be adjourned until March 18, 2019, at 10:30 a.m., a date and time the parties understand is convenient for the Court. Defense counsel have been consulted and join in this request.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney
      Eastern District of New York

By:   /s/
     Samuel P. Nitze
     M. Kristin Mace
     Keith D. Edelman
     Assistant U.S. Attorneys
     718-254-7000

cc:   Dwight Bostwick, Esq. (by ECF)
      Clerk of Court (PKC) (by ECF)